CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Rd., St. 300
San Diego, CA 92131
(858) 375-7385
phylg@potterhandy.com
Attorneys for Plaintiff

Ronald Appel, Esq. SBN 132023
attorneyrappel@gmail.com
APPEL & APPEL
2522 Chambers Road
Tustin, CA 92780
(714) 573-4090
Attorneys for Defendants
Jorge Andrade; Catalina O. Andrade and Ramiro Vazquez

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JORGE ANDRADE;<br>CATALINA O. ANDRADE;<br>RAMIRO VAZQUEZ; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 8:19-CV-00433-DOC-ADS<br><br>**JOINT STIPULATION** AND ORDER **FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** [20] |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 08, 2019          CENTER FOR DISABILITY ACCESS


                             By:   /s/ Chris Carson
                                   Chris Carson
                                   Attorneys for Plaintiff


Dated: May 08, 2019           APPEL & APPEL


                             By:   /s/ Ronald Appel
                                   Ronald Appel
                                   Attorneys for Defendants
                                   Jorge Andrade; Catalina O. Andrade and
                                   Ramiro Vazquez




        SO ORDERED.

     Dated: May 10, 2019          _David O. Carter_____
                                  DAVID O. CARTER
                                  U.S. District Judge

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ronald Appel, counsel for Jorge Andrade; Catalina O. Andrade and Ramiro Vazquez, and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 08, 2019          CENTER FOR DISABILITY ACCESS


By:   /s/ Chris Carson
          Chris Carson
          Attorneys for Plaintiff